1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  William Wambach

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                         WESTERN DIVISION

10

11
   WILLIAM WAMBACH,                )  Case No.: CV 10-8706 (AJW)
12                                  )
               Plaintiff,           )  ORDER OF  DISMISSAL
13                                  )
        vs.                         )
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner of Social Security, )
                                    )
16            Defendant.            )
                                    )
17 _____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   July 7, 2011
22
23
   _____
24 THE HONORABLE ANDREW J. WISTRICH
   UNITED STATES MAGISTRATE JUDGE
25

26

                                   -1-